IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOSHSTAVIE WATERS, | |
| Petitioner, | CIVIL ACTION NO.: 6:21-cv-2 |
| v. | |
| SHAWN EMMONS, | |
| Respondent. | |

**O R D E R**

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's March 5, 2021 Report and Recommendation, to which Petitioner filed Objections, (doc. 12). The Magistrate Judge recommended dismissing the petition without prejudice because Petitioner failed to exhaust state remedies. As part of the analysis, the Magistrate Judge explained the exact nature of Petitioner's claims were unclear because he had not, as repeatedly instructed, submitted his claims on a standard federal habeas corpus form petition. (See doc. 10.) Nonetheless, the Magistrate Judge identified four claims for relief from the record and explained the case should be dismissed without prejudice because Petitioner did not allege he has exhausted state court remedies as is required by the Anti-Terrorism and Effective Death Penalty Act of 1996.

The document filed as an Objection confirms Petitioner is attempting to raise four grounds for federal habeas corpus relief but does not address the exhaustion issue. (Doc. 12.) None of the information provided by Petitioner shows he exhausted state court remedies, the basis for the recommendation for dismissal. Accordingly, the Court finds Petitioner's

Objections unavailing and **OVERRULES** them.  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 10), as the opinion of the Court and **DISMISSES** without prejudice Petitioner's 28 U.S.C. § 2254 petition.  Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal.  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

      **SO ORDERED**, this 30th day of March, 2021.

 

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA